## Capitol Amusement Company *v.* The Jennings Company.

[No. 13,816.    Filed February 19, 1930.]

*Charles E. Henderson, Laurens L. Henderson* and *Cook & Walker*, for appellant.

*Elton F. Leffler* and *U. S. Lesh*, for appellee.

Per Curiam.—Judgment affirmed.

## Keur et al. *v.* TenEyck et al.

[No. 13,547.    Filed February 21, 1930.]

*Russell R. Ridenour*, for appellant.

*Stump & McClintock*, for appellee.

Per Curiam.—Affirmed.

## United States Rubber Company *v.* Hobbs et al.

[No. 13,834.    Filed February 21, 1930.]

*Alfred A. Fletcher*, for appellant.

*Gifford & Gifford*, for appellees.

Per Curiam.—Affirmed.